UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

UNITED STATES OF AMERICA  )   **INFORMATION**
                          )
v.                        )   Cause No. 1:08 CR- 19 TLS
                          )   Violation: 29 U.S.C. § 501(c)
                          )
NORMAN K. BROWN           )

THE UNITED STATES ATTORNEY CHARGES:

On or about August 1999, and continuing to on or about May 2005, in Allen County, Fort Wayne, Indiana, in the Northern District of Indiana,

NORMAN K. BROWN,

defendant herein, while serving as a United Auto Workers (UAW) Local 2911 Bargaining Committee Chairperson, a labor organization engaged in an industry affecting interstate commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the monies, funds, securities, property or other assets of said labor organization by submitting falsified lost time vouchers to obtain unauthorized payments in the approximate amount of $41,478.35;

All in violation of 29 U.S.C. § 501(c).

Respectfully submitted,

DAVID CAPP
UNITED STATES ATTORNEY

By: Tina L. Nommay
Assistant United States Attorney
E. Ross Adair Federal Bldg. & U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address: tina.nommay@usdoj.gov